UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOORZIA SHAMS, | No. 2:21-cv-01437 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff filed this Social Security case on August 11, 2021. ECF No. 1. On August 16, 2021, plaintiff was issued Consent/Decline forms with a due date of November 18, 2021. ECF No. 5. The court recognizes that the issuance of the stay and the requirement of submitting Consent/Decline forms may appear contradictory. Nonetheless, to efficiently move social security cases forward as stays are lifted, these deadlines must be met. Accordingly, plaintiff is ORDERED to submit Consent/Decline forms within 10 days of this order. The case remains otherwise stayed.

IT IS SO ORDERED.

DATED: November 24, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE