UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOORZIA SHAMS, | No. 2:21-cv-01437 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 15, 2022, the Commissioner filed the administrative record in this case. ECF No. 12. On March 17, 2022, the court lifted the previously issued stay on this action and notified plaintiff that her motion for summary judgment was due within 45 days. ECF No. 13 at 1. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why this failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: May 5, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE