1

2

**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

3

4

5

**Attorney for Plaintiff**
**NOORZIA SHAMS**

6

7

8

9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

10

11

12

13

**NOORZIA SHAMS,**                              No.   **2:21-cv-01437-AC**

14

        **Plaintiff,**

**STIPULATION AND  [proposed]**
**ORDER FOR  EXTENSION OF**
**TIME TO FILE PLAINTIFF'S**
        **REPLY BRIEF**

15

16

    **v.**

17

**Kilolo Kijakazi, ACTING**
**COMMISSIONER OF SOCIAL SECURITY,**

18

19

        **Defendant.**

20

_____/

21

    IT IS HEREBY STIPULATED by and between the parties, through their respective

22

23

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply

24

brief is extended to July 29, 2022.

25

    This is a first request with respect to this reply brief, of only days, and is based on

26

plaintiff's counsel's need to complete other briefing first.

27

28

[Pleading Title] - 1

Dated:  July 21, 2022                                    /s/     *Jesse S. Kaplan*

                                                        JESSE S. KAPLAN
                                                        Attorney for Plaintiff



Dated:  June 21, 2022                                    */s/ per e-mail authorization*

                                                        ELLINOR CODER
                                                        Special Assistant U.S. Attorney
                                                        Attorney for Defendant

                                **ORDER**

     For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a reply brief is extended to July 29, 2022.

     SO ORDERED.

Dated: August 2, 2022

                                _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2